DAVID G. CROFUT, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1889.) ANITA M. CROFUT, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1890.) —

Foster, P. J., Heffernan, Bergan and Coon, JJ., concur; Brewster, J., dissents.